No. 04-01-00174-CV



IN THE MATTER OF J.M.S.



From the 289th Judicial District Court, Bexar County, Texas


Trial Court No. 2000JUV01806


Honorable Carmen Kelsey, Judge Presiding



Opinion by: Phil Hardberger, Chief Justice


Sitting: Phil Hardberger, Chief Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: March 13, 2002


AFFIRMED

 Appellant was found to have engaged in delinquent conduct. Appellant's court-appointed
attorney filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), in which she
concludes that the appeal has no merit. Counsel provided appellant and his guardian with a copy of
the brief and informed them of appellant's right to review the record and file his own brief. See In
re A.L.H., 974 S.W.2d 359, 360-61 (Tex. App.--San Antonio 1998, no pet.); Nichols v. State, 954
S.W.2d 83, 85-86 (Tex. App.--San Antonio 1997, no pet.); Bruns v. State, 924 S.W.2d 176, 177
n.1 (Tex. App.--San Antonio 1996, no pet.). 

 We have reviewed the record and counsel's brief. We agree that the appeal is frivolous and
without merit. The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw
is granted. Nichols v. State, 954 S.W.2d at 86; Bruns 924 S.W.2d at 177 n.1.



 PHIL HARDBERGER, 

 CHIEF JUSTICE

 

DO NOT PUBLISH